EASTERN DISTRICT ARKANSAS
2026 AUG -6 A 9:45
TAMMY H. DOWNS

IN THE UNITED STATES District Court
EASTERN District of Arkansas
Central DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 6 2026
TA[illegible], CLERK
By: DEP CLERK

TERRENCE MOORE PlAINTiff
ADC #105735

V. NO: 4:24-CV-00125 LPR-PSH

KENYON RANdlE, et al DEfENDANTS

Motion To Compel

Come Now Pro se Plaintiff Terrence Moore ADC #105735 Petitioning in good faith Effort to the courts for assistance for this Motion To Compel states as follows: ON May 6, 2026 Plaintiff mailed Defendant Kenyon Randle Attorney Andrew Middlebrooks Production of Documents Request Number (1-14) Exhibit 1 Discovery Request. Defendant Kenyon Randle or his Attorneys did not respond to my discovery request within thirty days under Fed. R. Civ. Pro. ON July 10, 2026 Plaintiff sent Defendants Attorney A good faith letter in the mail asking for Defendant and his Attorney To Answer my Discovery Request Exhibit 2 Good Faith Letter. Plaintiff waited for 20 days and Defendant or his Attorney did not respond. ON May 31, 2026 Plaintiff sent Defendant Kenyon Randle And his Attorney Andrew Middlebrooks A request for Interrogatories number (1-18) THE Defendant

or his attorney did not respond within thirty days. On July 10, 2026 I mail the Defendant and his attorney a Good Faith Letter and waited for 20 days No discovery responses have been received See Exhibit 3 Interrogatories and Exhibit 4 Good Faith Letter. Plaintiff needs requested discovery to prepare all his evidence in this case before this court. Under the Fed. R. Civ. P.o. Defendants must participate in discovery

Wherefore Plaintiff request that this court grant his Motion to Compel Discovery and rule in his favor for all other just and proper relief to which he may be entitled

Respectfully submitted
Terrence moore #105735
7-30-2026
Varner Supermax ADC
P.O. Box 600
Grady, Arkansas 71644-0600

Terrence Moore ADC #105735
Arkansas Division of Corrections
Varner Unit
Post office Box 600
Grady, Arkansas

Date May 6, 2026

Exhibit 1
Discovery request

RE: Terrence Moore #105735 V. Kenyon Randle, et al
USDC Case No: 4:24-CV-00125

Dear Mr. Middlebrooks

Please find Enclosed with this letter A request To Defendant Kenyon Randle for Production of Documents in the above referenced case.

Sincerely
Terence moore ADC #105735
Plaintiff Pro se
Varner Unit
P. O. Box 600
Grady, AR 71644

Date July 10, 2026

TERRENCE MOORE ADC #105735
Arkansas Division of Corrections
Varner Unit
P.O. Box 600
Grady, Arkansas 71644

(Exhibit 2
Discovery request)
Good Faith letter

RE: TERRENCE MOORE ADC #105735
V.
Kenyon Randle et al
USDC CASE NO: 4:24-CV-00125-LPH-PSH

Dear Mr. Middlebrooks

I sent you and Defendant Kenyon Randle Request for Production of Documents with an (1-14) Certificate of Service Dated May 6th 2026. I have been waiting for you and the Defendant responses to my Production of Documents request for more then 30 days. Please send me your response in this matter immediately
Thank you Sir

Sincerely
Terrence Moore #105735
Pro se Plaintiff

Terrence Moore ADC# 105735
Arkansas Division of Correction
Varner Unit
Post office Box 600
Grady, Arkansas

Date May 31, 2026

Exhibit 3
Discovery Request

Re: Terrence Moore # 105735 V. Kenyon Randle, et al
USDC Case NO: 4:24-CV-00125

Dear Mr. Middlebrooks

Please find Enclosed with this letter Interrogatories To Defendant Kenyon Randle in the Above referenced case

Sincerely
Terrence Moore # ADC 105735
Plaintiff Pro se
Varner Unit
P.O. Box 600
Grady, AR 71644

Date July 10, 2026

Terrence Moore ADC# 105735
Arkansas Division of Corrections
Varner Unit
P.O. Box 600
Grady, Arkansas 71644

(Exhibit 4
Discovery request
Good Faith letter)

Re: Terrence Moore #105735
v.
Kenyon Randle et al.
USDC Case No: 4:24-CV-00125-LPR-PSH

Dear Mr. Middlebrooks

I sent you and Defendant Kenyon Randle Interrogatories Number 1-18 with a Certificate of Service which was Dated May 31, 2026. I have been waiting for you and the Defendant responses to the interrogatories for more then 30 days. Please send me your responses in this matter immediately. Thank you Sir

Sincerely
Terrence Moore #105735
Pro Se Plaintiff